IN THE UNITED STATES COURT OF APPEALS

NINTH CIRCUIT

UNITED STATES OF AMERICA,

        Plaintiff,

   vs.

William Lee,

        Defendant

Case No.: 1:16-CR-069-LJO

NOTICE OF APPEAL

Notice is hereby given that William Lee, appeals to the Unites States Court of Appeals for the Ninth Circuit from the:  Sentence imposed by Hon. Lawrence O'Neill in the United States District Court, Eastern District of California.  (18 U.S.C. 3742)

Bail status: In custody

Fred Gagliardini, Attorney
1227 California Avenue
Bakersfield, California 93304
(661) 755-5757

NOTICE OF APPEAL