**EXHIBIT A**

**State of California**
**Department of Justice**
**Division of Law Enforcement**
**BUREAU OF INVESTIGATION**
## Investigation Report

| INVESTIGATION TITLE:<br>OPERATION DOG TRACK | | INVESTIGATION NUMBER:<br>BI-FR2015-00002 |
|---|---|---|
| INVESTIGATION REQUESTED BY:<br>FRESNO POLICE DEPARTMENT | | TYPE OF REPORT:<br>SURVEILLANCE REPORT |
| CASE ASSIGNED TO:<br>SANCHEZ, DANIEL | PERSON REPORTING:<br>BRACKEMYRE, TIM | REPORT NO:<br>68 |
| TYPE OF CRIME/INCIDENT:<br>PENAL CODE | CASE ASSIGNED SUPERVISOR:<br>JOHNSTON, DEAN | DATE OF REPORT:<br>04/08/2016 |
| CROSS REFERENCE NO(s): FPD 16-019654 | | |

SUMMARY:

On April 7, 2016, agents with the California Department of Justice / California Highway Patrol, Special Operations Unit (SOU) intercepted a series of calls indicating members of the Dog Pound Gangsters were involved in a drive-by shooting that occurred in the area of Fink White Park. As a result agents initiated a traffic stop on a vehicle in the early hours of April 8th that resulted in the seizure of a 10mm Stainless Steel Semi-Automatic Firearm. This investigation is continuing.

DETAILS OF THE INVESTIGATION:

On April 7, 2016, agents intercepted a series of calls indicating Kenneth WHARRY was using an unidentified female to rent a hotel room at the San Joaquin Suites / Hotel at 1309 W. Shaw, Fresno, CA. Agents subsequently established surveillance in the area of the hotel and observed several vehicles associated to this investigation; including a silver Toyota Camry frequently used by WHARRY and a silver Infiniti SUV frequently used by Akili FOSTER. Both of these vehicles were parked on the north curbline of Sierra Madre Ave., which borders the southern portion of the property and is near an access gate for the hotel.

Based on subsequent conversations intercepted throughout the evening and global positioning data related to the Target Telephones agents determined Kenneth WHARRY, Davon MILLRO, Kenneth JOHNSON, Kiandre JOHNSON, Will LEE, Jyrone WILLIAMS and other unknown DPG gang members were at the Hotel or visited the facility throughout the night into the early hours of April 8, 2016.

Present and participating in this surveillance operation were CA DOJ Special Agent(s) (SA's) Val Pacheco, John Silveira and myself (Tim Brackemyre).

On April 7, 2016, at approximately 2010 hours, agents intercepted a call between Kiandre JOHNSON, using Target Telephone #11, and Will LEE, using ██████████ (call #12795 on TT #11).

During this call, JOHNSON explained to LEE he was at the "Filthy Riches." LEE stated "ya all not going out?" JOHNSON explained to LEE some people were going out but he was not. LEE stated "you let me know and I will let you use my banger bro." JOHNSON responded "we at the Filthy Riches, slide up on me." LEE indicated he did not know where the "Filthy Riches" was. JOHNSON clarified by stating "the

YORK ET AL_00058259

State of California
Department of Justice
Division of Law Enforcement
BUREAU OF INVESTIGATION
## Investigation Report

rooms the suites right here." LEE subsequently responded by advising JOHNSON he would call him later.

Based on the content of the call and my knowledge of this investigation, I know JOHNSON was inside a hotel room at the San Joaquin Suites. He contacted Will LEE who offered to provide him with a "banger." I know from prior experience and from listening to a number of intercepted conversations during this investigation the term "banger" is a street slang term used to describe a firearm. Based on the call, LEE is offering to provide a firearm to JOHNSON to use if he decided to "go out."

At approximately 2204 hours, agents intercepted a call between Kenneth WHARRY on (Davon MILLRO's phone, Target Telephone #16 and Willie MYLES on ███████████ (call#10401 on TT#16).

During this call, WHARRY answered MILLRO's phone and stated to MYLES "the niggas went to go handle their business." MYLES asked who he was speaking to. WHARRY responded "DK."

Based on the content of the call and my knowledge of this investigation I know MYLES called TT#16 in an effort to contact MILLRO. He was greeted by WHARRY who stated "the niggas went to go handle their business. Based on this statement, I believe MILLRO was not present and was out with other unknown individuals. WHARRY further indicated MILLRO was out handling business. WHARRY subsequently identified himself as "DK." I know from my work on this investigation DK is one of WHARRY's nicknames.

At approximately 2235 hours, agents intercepted a call between Trenell MONSON using Target Telephone #7 and Kenneth WHARRY on Target Telephone #12 (call#26421 on TT#7).

During this call, MONSON asked WHARRY "what y'all doing, they good?" WHARRY responded "I don't know they haven't even hit that nigga." MONSON said "alright."

Based on the content of the call and my knowledge of this investigation, I know WHARRY contacted MONSON who inquired if "they were good." WHARRY responded by saying he didn't know and "they" haven't "hit that nigga." I believe based on the context of this conversation, MONSON is checking on the status of other suspects associated to WHARRY. Further; based on my experience, I know high ranking gang members like MONSON will commonly give a task to other gang members (retaliation shooting) and monitor their activities through a person who functions in a supervisory or influential role. In this case, MONSON is contacting WHARRY to determine the status of other gang members who are likely in the process of committing a violent crime. WHARRY's response indicating they haven't hit "that nigga" leads me to believe there is a specific person or location that is being targeted. Additionally, when I consider the earlier call intercepted on MILLRO's phone when WHARRY made the statement to MYLES "the niggas went to handle their business" it is my opinion WHARRY was referring to DPG gang members who were actively searching for a rival gang member to attack somewhere in the Fresno area.

At approximately 2234 hours, the Fresno Police Department was dispatched to the area of Fink White Playground, which is located at the intersection of S. Trinity Street and E. Whitesbridge Avenue for a report of shots fired. Upon arrival Officers contacted several neighbors in the area, all of which stated that they believed the shooting occurred near the Fink White Playground. Officers on scene contacted two homeless witnesses, Jessica Ferrantino and Ralph Cervantes, who both stated they observed

YORK ET AL_00058260

State of California
Department of Justice
Division of Law Enforcement
BUREAU OF INVESTIGATION
**Investigation Report**

approximately 5-6 Hispanic, and African American males and females, drinking under the covered pavilion, located near the center of Fink White Playground. Both witnesses stated that they heard approximately 12 gunshots, which were coming from the north end of the park. As the shooting occurred, they observed the subjects under the pavilion begin running south through the park. Both witnesses stated they did not see the shooters.

Upon conducting a physical examination of the scene Officers located approximately 13 shell casing in the middle of S. Trinity Street between O'Neil Avenue and State Route 99. Officer's reported the 13 spent casings were spread out on S. Trinity Street for approximately 50 yards. Officers on scene located five (5) .40 caliber casings and eight (8) 9 mm spent casings. Officers did not locate any gunshot victims, nor did they locate any property damaged from the gunfire.

It should be noted for the purposes of this report, based on data obtained through the GPS Precision Location system, agents know Kiandre JOHNSON's phone Target Telephone #11 was in the area of the shooting.

On March 8, 2016, beginning at 0002 hours, agents intercepted a series of text messages involving Kiandre JOHNSON on Target Telephone #11 (TT#11) and Will Lee on █████████

| 0002 hours: | LEE: | Yall gd |
| 0002 hours: | JOHNSON: | Yeah |
| 0003 hours: | LEE: | Ok yall made it back |
| 0003 hours: | JOHNSON: | Yeah the hammy jam |
| 0004 hours: | LEE: | Oyea how many times |
| 0005 hours: | JOHNSON: | I did not get off one |
| 0005 hours: | LEE: | No |
| 0005 hours: | JOHNSON: | Yeah |
| 0006 hours: | LEE: | Ok im have it clean |

Based on the content of the messages and my knowledge of this investigation, I know LEE contacted JOHNSON and texted Yall gd. I believe this message is correctly interpreted (Are you all good). LEE additionally texted, ok yall made it back. I believe based on these two messages LEE is asking JOHNSON if he and the other unidentified suspects are ok and made it back from wherever they were. JOHNSON further texted, "yeah the hammy jam" and "I did not get off one." Upon receiving this message LEE texted "Ok im have it clean." Based on my experience as a Peace Officer and my knowledge of firearms I believe this conversation is in reference to a firearm that malfunctioned. I believe JOHNSON is informing LEE the firing mechanism that includes a hammer jammed and failed to fire the bullet.

At approximately 0027 hours, agents intercepted a call between Kenneth WHARRY using Target Telephone #12 and Will LEE on ████████████ (call#4377 on TT#12).

---

INVESTIGATION NO: BI-FR2015-00002    Page No: 3 of 7

YORK ET AL_00058261

**State of California**
**Department of Justice**
**Division of Law Enforcement**
**BUREAU OF INVESTIGATION**
## Investigation Report

During this call, LEE told WHARRY to tell "KeKe" (Kiandre JOHNSON) to come outside. In the background WHARRY can be heard stating "Key, Chill outside, take that Nigga that raggedy-ass motherfucker." LEE began laughing then stated "tell KEEK he don't know what the fuck he doing, man." WHARRY advised LEE he needed to "go check that motherfucker" and further stated "that motherfucker didn't get off one time." LEE responded "that motherfucker probably had it on safety." WHARRY said "I checked it and tested it." LEE replied, "and it still didn't go off?" WHARRY stated "no." LEE indicated that he could trade the item to another person for a 40. WHARRY advised LEE that JOHNSON was right there. LEE replied, "I see him."

Based on the content of the call and my knowledge of this investigation, I know LEE requested JOHNSON to come outside. At the time of this conversation agents believed JOHNSON was at the San Joaquin Suites. WHARRY further advised JOHNSON to take "that raggedy-ass motherfucker" with him. I believe this is a reference to the firearm that malfunctioned. WHARRY is telling JOHNSON to take the weapon to LEE. LEE and WHARRY continue to discuss the malfunctioning firearm and even speculate if JOHNSON may have actually failed to disengage the safety allowing the weapon to fire properly.

At approximately 0028 hours, agents observed a white Chevy Tahoe (Ca. Lic# ████ r/o Lee William H, ██████████ Fresno, CA.) leaving the area of the San Joaquin Suites. I know from previous surveillance observations LEE was observed driving this vehicle. Based on the content of the call and my knowledge of this investigation, agents believed LEE arrived at the Hotel to pickup JOHNSON and the firearm he possessed. Agents subsequently followed this vehicle from the location.

At approximately 0048 hours, agents initiated a traffic stop on the Chevy Tahoe in the area of Dakota and Parkway in the city of Fresno. This stop was conducted by Officers (Ofc.) from the Fresno Police Department (FPD). Ofc. Dalain Medina positively identified the occupants of the vehicle as Will LEE and Kiandre JOHNSON. A search was conducted on the vehicle and the occupants at which time no items of evidentiary value were located. Agents began to actively search along the path the suspect vehicle took prior to the traffic stop. Special Agent Val Pacheco subsequently located a black bag along the side of the road near the intersection of Ashlan Avenue and Parkway. Upon searching the item officers determined it contained a firearm and ammunition. Ofc. Medina collected the bag and all of its contents and seized it as evidence (for additional details related to the traffic stop refer to Ofc. Medina's report #16-023748). At the conclusion of the traffic stop both LEE and JOHNSON were released and drove from the area. Agents established surveillance in the area of Ashlan Avenue and Parkway. Within minutes, agents observed the Chevy Tahoe drive into the area and begin searching along the roadway for the weapon.

At approximately 0140 hours, agents intercepted a call between Kenneth WHARRY using Target Telephone #12 and Will LEE on ██████████ (call#4377 on TT#12).

During this call, LEE explained to WHARRY that the Fresno Police had stopped him and JOHNSON. LEE advised WHARRY he suspected this traffic stop was unusual and indicated he heard some radio traffic on a scanner describing his vehicle. This made LEE suspicious that law enforcement was following him. JOHNSON stated to WHARRY "we had to throw the burner all the shit nigga." WHARRY responded "ya'll got rid of it?" JOHNSON replied "yeah Nigga we had to throw the burner

---

INVESTIGATION NO: BI-FR2015-00002                                    Page No: 4 of 7

YORK ET AL_00058262

**State of California**
**Department of Justice**
**Division of Law Enforcement**
**BUREAU OF INVESTIGATION**
## Investigation Report

man, we trying to see where this mother fucker at right now." At the time of this call agents on surveillance were observing LEE and JOHNSON looking for the weapon along the roadway.

This investigation is continuing.

PHYSICAL DESCRIPTION:

A. Subjects:

1.  JOHNSON, KIANDRE, BMA, DOB-███████, 5'06", 135 lb., HAIR-BLACK, EYE-BROWN, ████████
    ████████████

    **LOCATION(S):**
    1) ████████ MADERA, MADERA COUNTY, CA (ADDRESS OF ARREST)
    2) ████████████ FRESNO, FRESNO COUNTY, CA (SUBJECT RESIDENCE)

    **PHONE(S):** ████████ (CELLULAR)

2.  LEE, WILLIAM HENRY II, BMA, DOB-███████ 5'10", 240 lb., HAIR-BLACK, EYE-BROWN, ████████
    ████████████

    **LOCATION(S):**
    1) ████████ FRESNO, FRESNO COUNTY, CA 93706-0000 (SUBJECT RESIDENCE)
    2) ████████ FRESNO, FRESNO COUNTY, CA (ADDRESS OF ARREST)

    **PHONE(S):** ████████ (CELLULAR)

3.  MILLRO, DAVON AUNDRE, BMA, DOB-███████ 5'09", 160 lb., HAIR-BLACK, EYE-BROWN, ████████
    ████████████

    **LOCATION(S):**
    1) ████████████ FRESNO, FRESNO COUNTY, CA (SUBJECT RESIDENCE)
    2) ████████ FRESNO, FRESNO COUNTY, CA (ADDRESS OF ARREST)

    **PHONE(S):** ████████ (CELLULAR)

4.  MONSON, TRENELL MARKESSE, BMA, DOB-███████ 5'06", 185 lb., HAIR-BLACK, EYE-BROWN, CDL-
    ████████████

    **LOCATION(S):**
    1) ████████ FRESNO, FRESNO COUNTY, CA 93725-0000 (ADDRESS OF ARREST)
    2) ████████ FRESNO, FRESNO COUNTY, CA 93725-0000 (ASSOCIATE)
    3) ████████ FRESNO, FRESNO COUNTY, CA 39722-0000 (ADDRESS OF RECORD)

    **PHONE(S):**
    1) ████████ (CELLULAR)
    2) ████████ (CELLULAR)
    3) ████████ (CELLULAR)
    4) ████████ (CELLULAR), SUBSCRIBER: PERSONAL - UNK, *

YORK ET AL_00058263

**State of California**
**Department of Justice**
**Division of Law Enforcement**
**BUREAU OF INVESTIGATION**
## Investigation Report

**VEHICLE(S):**

1) 2008 WHITE LAND ROVER (OBSERVED IN)

   **LICENSE #:** ███████

   **VIN #:** SALSK2548A183311

   **R/O:** LEE, PHILLIP  JR; ████████████████ FRESNO, CA

2) 2004 BLUE HONDA CIVIC (AND CRX OR DEL SOL) (OBSERVED IN)

   **LICENSE #:** ███████

   **VIN #:** 1HGCM72364A027593

   **R/O:** MUNSON, SHAWANNA M; ██████████████ FRESNO

3) 2007 BLACK CHEVROLET TAHOE (ASSOCIATE)

   **LICENSE #:** ███████

   **VIN #:** 1GNFC13JX7J112702

   **R/O:** MONSON, SHAWANA; ████████████ FRESNO, CA

5. MYLES, WILLIE LEE III, BMA, DOB-██████ 6'04", 220 lb., HAIR-BLACK, EYE-BROWN, ████████████
████████████████

   **LOCATION(S):** 5230 W MAGILL AV, FRESNO, FRESNO COUNTY, CA 93722-0000 (SUBJECT RESIDENCE)

6. WHARRY, KENNETH  JR, BMA, DOB-██████ 5'09", 200 lb., HAIR-BLACK, EYE-BROWN, ████████████
████████████

   **LOCATION(S):**
   1) ████████ LAS VEGAS, CLARK COUNTY, NV (IDENTIFYING LOCATION)
   2) ████████ FRESNO, FRESNO COUNTY, CA 93725-0000 (SUBJECT RESIDENCE)
   3) ████████ MADERA COUNTY, CA (ADDRESS OF ARREST)

   **PHONE(S):**
   1) ███████ (CELLULAR)
   2) ███████ (CELLULAR)

## LOCATION(S):

1. ████████ FRESNO, FRESNO COUNTY, CA

## TELEPHONE(S):

1. ████████ (CELLULAR)
2. ████████ (CELLULAR)

YORK ET AL_00058264

State of California
Department of Justice
Division of Law Enforcement
BUREAU OF INVESTIGATION
## Investigation Report

| SIGNATURE: | DATE: | APPROVAL SIGNATURE: | DATE: |
|---|---|---|---|
| *T. B* | 5/17/16 | | 5/14/14 |
| PRINTED NAME: BRACKEMYRE, TIM | | PRINTED NAME: JOHNSTON, DEAN | |
| TITLE: SPECIAL AGENT SUPERVISOR | | TITLE: SPECIAL AGENT SUPERVISOR | |
| REPORT DISSEMINATION: | | | |

YORK ET AL_00058265

# DRAFT

## LAW ENFORCEMENT REPORT FORM
### FRESNO POLICE DEPARTMENT
2323 MARIPOSA MALL, FRESNO CA 93721
Phone: (559)621-7000
CA0100500

**Event: 16AN2680**                                                                                      **Case: 16-023748**

### INCIDENT INFORMATION

**Report #:** 1 of 4     **Report Type:** OTHER CRIME     **District:** NW     **Beat:** C     **Zone:** 1948
**Definition and Class:** VC22352(A) - EXCEED PRIMA FACIE SPEED - Lvl I
**Occurred From:** 04/08/16 00:47 Fri     **Occurred To:** 04/08/16 01:30 Fri **Received Date:** 04/08/16 00:47 Fri
**Location:** W DAKOTA AV and N SELLAND AV FRESNO
**How Rcv::** O

### CASE FACTORS

**SOLVABILITY FACTORS**
        ADULT CITED, PHYSICAL EVIDENCE OBTAINED, SUSPECT CAN BE IDENTIFIED, WEAPON INVOLVED
**SPECIAL FACTORS**
        ADDITIONAL INFO, ELECTRONIC REPORT

### APPROVALS AND ROUTING

**Close Class:** 3C1 - TRAFF STOP/HAZARDOUS     **Open Class::** 3C
**CAS Code:** TRAF
**Printed:** 4/11/2016 2:43:07 PM     **Printed By:** MEDINA (V3499), DALAIN(P1216)     **Printed From:** R10655
 Press Log
**Rpt #:** 1     **Type:** FIRST     **Officer:** MEDINA (V3499), DALAIN #P1216  **Clerk:** MEDINA (V3499), DALAIN #P1216
**Created:** 04/08/16 01:24     **Filed Date:** 04/08/16 01:24     **Assigned Date:** 04/08/16 01:24
**Routing:** None

### NAMES

**Inv:** CITED # 1     **Adult/Juvenile:** A  **Type:** PERSON
**Name:** LEE,WILLIAM HENRY II
**Race:** B     **Sex:** M     **DOB:** ▮▮▮▮     **Age:** 38     **Height:** 510  **Weight:** 225  **Hair:** BLK   **Eyes:** BRO
**Occupation:** UNEMPLOYED     **Employer:** NONE
**School:** NONE
**Language:** ENGLISH     **Birth City:** FRESNO     **Birth State:** CA   **Crime Type:** VC 22350   **Suspect Status:** CIT
**AKA Name:** CHILL WILL
**AKA Name:** CHILL

| Scars, Marks and Tattoos: | Location | Feature | Description |
|---|---|---|---|
| | R ARM | TAT | FORE ARM PITBUL HEAD |

**Identification:** DL - ▮▮▮▮
**Home:** ▮▮▮▮
**Phone:** ▮▮▮▮

**Inv:** Other # 1     **Adult/Juvenile:** A  **Type:** PERSON
**Name:** JOHNSON,KIANDRE
**Race:** B     **Sex:** M     **DOB:** ▮▮▮▮     **Age:** 23     **Height:** 506  **Weight:** 135  **Hair:** BLK   **Eyes:** BRO
**Occupation:** NONE
**Language:** ENGLISH
**AKA Name:** JOHNSON     **First:** KIKI   **Aka DOB:** 9/30/1992
**AKA Name:** KEY DA MF P

| Scars, Marks and Tattoos: | Location | Feature | Description |
|---|---|---|---|
| | EYE | PROT | BUG EYES |
| | ARM | SC | SC LR ARM 2" SCAR |

**Identification:** DL - ▮▮▮▮

**Officer: MEDINA (V3499), DALAIN #P1216**                                                           Page 1 of 5
**Supervisor:**

YORK ET AL_00058266

# DRAFT
## FRESNO POLICE DEPARTMENT

| Event: 16AN2680 | CA0100500 | Case: 16-023748 |
|---|---|---|

| Home: ▮▮▮▮▮ FRESNO, CA 93725 | Address Comment: UNK HOW CURRENT THIS ADDRESS IS |
|---|---|
| Phone: ▮▮▮▮▮ | |

### VEHICLES

Inv: INVOLVED VEHICLE     Date/Time: 4/8/2016 12:47:00 AM
License: ▮▮▮▮   State: CA   Lic Year: 2016   Lic Type: PC   Year: 1994   Make: CHEV   Model: TAHOE
Style: UT   Color: WHI   VIN: ▮▮▮▮▮▮▮   Vehicle Dispo: RTO
DRIVER: LEE,WILLIAM HENRY
PASSENGER: JOHNSON,KIANDRE

### MO

None

### OTHER FACTORS

None

### NARRATIVE

**MEMBERS WHO CAN TESTIFY:**

- Sgt. J. Fowler #S108
- Officer D. Alvarado #1458
- Officer M. Archan #1444

**SOURCE:**

On 04-08-16, at approx 0045 hrs, while working as a member of the Gun Crimes Unit Tactical team, I observed a vehicle travelling at a high rate of speed, east bound on Ashlan Ave between Cornelia and Blythe. The vehicle was a white, 90's model Chevy Tahoe, but I could not see the license plate due to the distance and speed that separated us.

**INVESTIGATION:**

I was travelling west bound on Ashlan at this time. I made a U-turn to make a traffic enforcement stop on the vehicle. As I completed my turning movement, I noticed that the vehicle had accelerated even faster than I had first observed. I approximated the speed of the vehicle at 60 MPH on a city street with a posted speed limit of 40 MPH.

The vehicle continued east bound on Ashlan past Blythe and then made a south bound turn. I believed the vehicle had made the south bound turn onto the south bound FWY 99 on ramp. As I made the south bound turn onto the south bound FWY 99 on ramp, I noticed there were no vehicles ahead of me.

At this point, I believed the vehicle had made a south bound turn onto Parkway Dr. from Ashlan. I exited the freeway at the Dakota exit and observed the vehicle approaching the stop sign at Dakota on Parkway, which was visible from the freeway. The vehicle made a west bound turn onto Dakota from Parkway. I also made a west bound turn onto Dakota from the freeway.

As I got behind the vehicle, it again began to speed up. I broadcasted to my dispatcher, via radio,

| Officer: MEDINA (V3499), DALAIN #P1216 | Page 2 of 5 |
|---|---|
| Supervisor: | |

YORK ET AL_00058267

that I had a vehicle "taking off from me".  The vehicle made an immediate south bound turn onto Selland from Dakota and then another immediate east bound turn onto Robinson.  The vehicle made a south bound turn onto Rafael and then a west bound turn onto Garland.  I advised assisting units of my location.  I noted that at this point, the driver slowed to approx 30 MPH.

As the vehicle made a north bound turn onto Dewey from Garland, I was able to close the distance between us enough to obtain the license plate information, which was ███████.  I activated my emergency lights and siren upon providing the information to my dispatcher.  The vehicle continued north bound to Dakota, stopped for the stop sign and then made an east bound turn onto Dakota. The vehicle pulled to the right hand curb line and came to a stop on Dakota, just east of Dewey.

I contacted the driver by voice, as I did not approach the vehicle.  I advised the driver to roll down his window, which he did.  I ordered the driver to turn his vehicle off, which he did.  I ordered the driver to put his hands out the window, which he did.  At this point, the driver asked me why I had pulled him over.  I advised the driver that I was stopping him because of how fast he was driving on Ashlan.  The driver said, "Oh yeah, I'm sorry about that Officer."  I advised the driver that I wanted him to keep his hands out the window until I had assisting Officers arrive with me and then we would discuss everything else then.  He agreed.

I asked the driver how many people were in the vehicle with him.  The driver advised me that he and his friend in the front passenger seat were the only two people in the car.  I again advised the driver that I wanted him and his passenger to stay in the vehicle until assisting units had arrived and then we would have them step out of the vehicle, one at a time.  The driver stated he understood and complied with my request.

Once assisting Officers arrived, a felony traffic stop was conducted.  The driver stepped out of the vehicle first, on command, and followed the instruction of Officers without issue.  He was detained in handcuffs and seated in the back seat of a patrol vehicle.  The passenger was then called from the vehicle.  He also followed the instructions of Officers, without incident, was detained in handcuffs and seated in the back seat of a different patrol vehicle.

Once it was determined that the vehicle did not contain any further occupants, I contacted my assisting Officers.  I requested Officer Alvarado conduct a computer search of the occupants to determine the driver's license status and to determined if either subject had any outstanding wants or warrants.  I also advised Officer Alvarado that due to the evasive path the driver took, I believed he possibly attempted to discard some type of illicit property while he was out of my view in the neighborhood.  Because of this, I was going to walk the path the driver had taken to ensure there was no outstanding contraband.

Once I was satisfied that there was no contraband in the neighborhood, I returned to my patrol vehicle and advised Officer Alvarado that I had not found anything illegal.  Officer Alvarado advised me that the driver had a valid driver's license and the right front passenger was on probation.  Officer Alvarado had conducted probation compliance search of the vehicle in the immediate area of the passenger's control.  He also did not find anything of value for a criminal case.

I contacted the driver, who was positively identified as C-William Lee.  I advised Mr. Lee again that I had stopped him due to his speed on Ashlan and in the surround neighborhood.  I also advised him that he was in handcuffs because I had become fearful for my safety and I believed he was attempting to evade me when he began to drive around quickly in the neighborhood.  He again stated he understood and was sorry for driving like that.  He said he was acting like a kid and driving fast but

Officer: MEDINA (V3499), DALAIN #P1216                                          Page 3 of 5
Supervisor:

decided later to pull over.

I advised Mr. Lee that his vehicle was searched in the area where the passenger had been sitting due to the fact that the passenger, O-Kiandre Johnson, was on formal felony probation and that nothing of value for a criminal case had been located. I advised Mr. Lee that I was going to issue him a citation for excessive speed and I was giving him a warning on a possible evading charge. He stated he understood.

I contacted O-Johnson and advised him that I would be completing a PC 849(b) form as a certificate of release without charges. I let both Lee and Johnson know that once I was finished completing my paperwork, they would be free to leave.

As I was concluding my investigation, I was contacted by an assisting Officer. I was advised that a firearm had been located in a black bag on Parkway, just south of Ashlan. I believed that either Lee or Johnson had discarded the bag from their vehicle while they were out of my view as I was travelling south bound on FWY 99. However, without any further supporting evidence, I did not have probable cause to arrest either subject for illegal possession of a firearm and or felon in possession of a firearm, as I did not see either subject discard the weapon.

I requested Officer Archan respond to Parkway and Ashlan to photograph and collect the firearm while I completed my paper work to release Lee and Johnson. I also requested that the firearm be processed to determined if any further evidence could be located to place the firearm in the possession of either Lee or Johnson. I did not question or advised Lee or Johnson of the recovered firearm until the weapon could be processed.

I completed the required paperwork. Mr. Lee was released with a copy of his citation (2183069) with a court date to appear on Thursday, July, 7th 2016 at 0830 hrs. Mr. Johnson was provided his copy of the PC 849(b) form and they were both released. See all additional follow up reports for further information related to the firearm that was recovered.

## CONCLUSIONS / DEDUCTIONS:

On 04-08-16, I observed a white 90s model Chevy Tahoe travelling at a high rate of speed in the area of Ashlan and Cornelia. As I turned around to conduct a traffic enforcement stop on the vehicle, the vehicle accelerated to approx 60 MPH in a posted 40 MPH zone. With my emergency lights and siren activated, the vehicle yielded in the area of Dakota and Dewey. During the time that I was attempting to catch up to the vehicle, there were several occasions where the vehicle was out of my view prior to yielding. During these limited times, I believe either Lee or Johnson discarded a black bag from the vehicle that contained a loaded firearm. I did not have sufficient evidence to support this belief. Due to that, Lee was cited for excessive speed and Johnson was released with a PC 849(b) form. See all additional follow up reports for further information related to the firearm.

## DISPOSITION:

- Lee was given citation number 2183069
- Lee was cited to appear on Thursday, July, 7th, 2016 @ 0830 hrs.
- Johnson was given a PC 849(b) form.
- Lee and Johnson were released at the scene.
- The firearm was booked under this case number.
- See all additional follow up reports for further.

Officer: **MEDINA (V3499), DALAIN #P1216**                                    Page 4 of 5
Supervisor:

YORK ET AL_00058269

Officer: MEDINA (V3499), DALAIN #P1216

Supervisor:

YORK ET AL_00058270